# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-0486
_____

NICALEA R. GONZALEZ, as
Natural Guardian and Legal
Guardian of the property for her
daughter, Amora Gonzalez,

Appellant,

v.

STATE OF FLORIDA, AGENCY FOR
HEALTH CARE ADMINISTRATION,

Appellee.

_____

On appeal from the Division of Administrative Hearings.
J. Bruce Culpepper, Administrative Law Judge.

April 3, 2018

PER CURIAM.

AFFIRMED.

ROBERTS, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

John Staunton and Floyd Faglie of Staunton & Faglie, PL, Monticello, for Appellant.

Pamela Jo Bondi, Attorney General, Jonathan A. Glogau, Special Counsel, and Elizabeth Teegen, Assistant Attorney General, Tallahassee; Stuart F. Williams, General Counsel and Tracy Cooper George, Chief Appellate Counsel, Florida Agency for Health Care Administration, for Appellee.